◼ In the Matter of JOSEPH DEXTER, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [20 NYS3d 919]—Proceeding

pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty, following a hearing, of possessing a weapon and possessing contraband. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory surcharge has been refunded to petitioner's inmate account. Although not mentioned in the Attorney General's letter, "any loss of good time incurred by petitioner as a result of the determination should be restored" (*Matter of Russo v Annucci*, 128 AD3d 1257, 1257-1258 [2015] [internal quotation marks and citations omitted]). In view of this, and given that petitioner has otherwise received all of the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Hayes v Annucci*, 122 AD3d 992, 992 [2014]).

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.